**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

ELI VIGIL CLAROS,

                Petitioner,

     v.

JESSICA SAGE, MICHAEL T. ROSE,
KRISTI NOEM, and PAMELA BONDI.,

              Respondents.

CIVIL ACTION NO. 3:26-CV-00204

(MEHALCHICK, J.)

**ORDER**

**AND NOW**, this 25th day of February 2026, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that Eli Vigil Claros's ("Claros") petition for writ of habeas corpus is **GRANTED**. (Doc. 1). The Court **ORDERS** Sage to release Claros from custody. The Court also permanently enjoins Sage from re-detaining Claros under § 1225(b)(2)(A). The Clerk of Court is directed to **CLOSE** this case, without prejudice to Claros moving to reopen this matter if Sage seeks to detain him under § 1226(a) and fails to schedule a timely bond hearing.

                         **BY THE COURT:**

                         *s/ Karoline Mehalchick*
                         **KAROLINE MEHALCHICK**
                         **United States District Judge**