**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

ELI VIGIL CLAROS,

                Petitioner,

    v.

JESSICA SAGE, Warden of FCI
Lewisburg, et al.,

                Respondents.

CIVIL ACTION NO. 3:26-cv-00204

(MEHALCHICK, J.)

**ORDER**

**AND NOW**, on this 16th day of March 2026, in consideration of Petitioner Eli Vigil Claros's ("Claros") motion to enforce (Doc. 9), the Court finds the following and **ORDERS**:

1. On February 25, 2026, the Court ordered Respondent Jessica Sage ("Sage") to release Claros from custody and enjoined Sage from re-detaining Claros under § 1225(b)(2)(A). (Doc. 8).

2. Sage released Claros from custody on February 25, 2026, with a GPS ankle monitor and instructions to appear in person at the ICE field office in Manhattan. (Doc. 9, at 2).

3. Courts in the Third Circuit have found that Immigration and Customs Enforcement's ankle monitor and reporting requirements upon release from custody are constraints on petitioners' liberty without individualized consideration or justification. *N- N- v. McShane*, No. CV 25-5494, 2025 WL 3143594, at *4-5 (E.D. Pa. Nov. 10, 2025); *Diahn v. Lowe*, No. 1:24CV1936, 2026 WL 84576, at *1 (M.D. Pa. Jan. 12, 2026).

4. Respondents shall file their response to Claros's motion to enforce on or before **FRIDAY, MARCH 20, 2025**.

5. Claros shall file his reply brief on or before **TUESDAY, MARCH 24, 2026.** If he does not intend to file a reply, counsel shall notify the Court as such, by email to **judge_mehalchick@pamd.uscourts.gov** with copy to all counsel of record.

                **BY THE COURT:**

                *s/ Karoline Mehalchick*

                **KAROLINE MEHALCHICK**
                **United States District Judge**